## THOMPSON *v.* THE STATE.

*Lumpkin, J.*—The motion for a new trial contains no assignments of error sufficiently distinct and specific to authorize

this court to deal with the same; and there being ample evidence to warrant the verdict, no cause for a new trial appears.
October 21, 1895.                                    *Judgment affirmed.*

Indictment for misdemeanor.  Before Judge Brown. City court of Carroll county.  June term, 1895.

*Cobb & Brother*, by *H. M. Reid*, for plaintiff in error.

*T. A. Atkinson*, solicitor-general, and *Adamson & Jackson*, contra.